UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ROUSE,

    Petitioner,

v.                                               Case No. 06-10724

BLAINE LAFLER,                        Honorable Patrick J. Duggan

    Respondent.
_____/

## **JUDGMENT**

On February 17, 2006, Petitioner Arthur Rouse filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner, who is currently incarcerated at the Pine River Correctional Facility in St. Louis, Michigan, challenges the Michigan Parole Board's refusal to release him on parole. On this date, the Court entered an Opinion and Order denying the petition.

For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                                   s/PATRICK J. DUGGAN
                                                   UNITED STATES DISTRICT JUDGE

copies to:
Arthur Rouse
#274237
Pine River Correctional Facility
320 N. Hubbard
St. Louis, MI 48880

Rainia I. Korbakis, AAG